### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

_____

| | | |
|---|---|---|
| RICK SCOTT, in his official capacity as governor of Florida; STATE OF FLORIDA, by and through PAMELA JO BONDI, in her official capacity as attorney general of the state of Florida; AGENCY FOR HEALTH CARE ADMINISTRATION, | ) ) ) ) ) ) ) | |
| *Plaintiffs-Petitioners*, | ) ) | |
| v. | ) ) ) ) | No. 3:15-cv-193-RS-CJK (3:15-cv-195-MCR-EMT consolidated) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SYLVIA BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; ANDY SLAVITT, in his official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants-Respondents*. | ) ) | |

_____

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

The Governors of the States of Texas and Kansas respectfully seek the Court's permission to file an amicus brief in support of the Plaintiffs-Petitioners.  Disputes similar to the one before this Court are playing out in state health departments across the Nation, and the amici Governors respectfully suggest that our States' own experiences with these issues may provide helpful context for the Court's decision in this case.

The Federal Rules of Appellate Procedure extend special solicitude to the representatives of States who wish to participate as amici in federal court, *see* FED. R. APP. P. 29(a), but the Federal Rules of Civil Procedure have no parallel provision for briefs of amici curiae.  Despite the silence of the Federal Rules of Civil Procedure, district courts have "inherent authority" to accept amicus briefs.    *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1501 (S.D. Fla. 1991).  And district courts have expressed a preference that interested bystanders, like Texas and Kansas, participate as amici instead of intervenors:

> Participation as amicus curiae will alert the court to the legal contentions of concerned bystanders, and because it leaves the parties free to run their own case is the strongly preferred option.

*Id.*

### Prayer

The amici governors respectfully ask the court to grant this motion for leave to file a brief of amici curiae in support of Florida.

Respectfully submitted.


/s/ Arthur C. D'Andrea

Arthur C. D'Andrea
Texas Bar No. 24050471
Office of the Governor of Texas
P.O. Box 12428
Austin, Texas 78711-2428
(512) 936-0181 (phone)
(512) 463-1932 (fax)
Arthur.Dandrea@gov.texas.gov
*Counsel for Amici*


## Rule 7.1 Certification

Counsel for the amici governors has conferred with counsel for the Plaintiffs-Petitioners and they do not oppose this motion. Because the undersigned does not know the identity of the lawyers representing Respondents/Defendants, counsel has not conferred with the Department of Justice about this Motion. Counsel will make efforts to do so promptly and will update this Court regarding Respondents/ Defendants' position.

/s/ Arthur C. D'Andrea

Arthur C. D'Andrea


## Certificate of Service

I hereby certify that on May 8, 2015, a copy of this motion was furnished to all counsel of record via CM/ECF.

A copy of this motion also was served via certified mail on the United States Attorney General and the United States Attorney for the Northern District of Florida at the following addresses:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

U.S. Attorney for the Northern District of Florida
Civil Process Clerk
Tallahassee Headquarters

111 North Adams Street
4th Floor U.S. Courthouse
Tallahassee, FL 32301

/s/ Arthur C. D'Andrea

Arthur C. D'Andrea