UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: ASSIGNMENT OF CIVIL AND        Case No: 4:95mc40111
       CRIMINAL CASES                    /

## ADMINISTRATIVE ORDER AMENDING CASE ASSIGNMENTS

In order to promote an equitable distribution of cases among the judges of this district, the Clerk is hereby directed to assign cases as indicated below.

### DISTRICT-WIDE

All 2255 motions filed in criminal cases shall be opened by the Clerk as civil cases under code 510 and assigned to the district judge to whom the criminal case is currently assigned.

Death penalty cases shall be assigned only to the <u>active</u> judges of this court on a random basis, but otherwise as set out in the Administrative Order dated December 30, 1999, *Guidelines for Filing and Assignment of Habeas Corpus Death Penalty Cases.*

### GAINESVILLE DIVISION

Criminal cases shall be assigned on a random basis:
    85% to Judge Mark E. Walker
    15% to Senior Judge Maurice M. Paul

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
    100% to Senior Judge Maurice M. Paul

All other civil cases shall be assigned on a random basis:
    95% to Judge Mark E. Walker
    5% to Senior Judge Maurice M. Paul

Miscellaneous cases shall be assigned on a random basis:
    100% to Judge Mark E. Walker

**PANAMA CITY DIVISION**

    Criminal cases shall be assigned on a random basis:
        55% to Judge Robert L. Hinkle
        45% to Judge Mark E. Walker

    Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
        75% to Senior Judge Maurice M. Paul
        25% to Senior Judge Lacey A. Collier

    All other civil cases shall be assigned on a random basis:
        50% to Judge Robert L. Hinkle
        50% to Judge Mark E. Walker

    Miscellaneous cases shall be assigned on a random basis:
        50% to Judge Robert L. Hinkle
        50% to Judge Mark E. Walker

**PENSACOLA DIVISION**

    Criminal cases shall be assigned on a random basis:
        65% to Judge M. Casey Rodgers
        35% to Senior Judge Roger Vinson

    Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
        40% to Judge M. Casey Rodgers
        20% to Senior Judge Roger Vinson
        40% to Senior Judge Lacey A. Collier

    All other civil cases shall be assigned on a random basis:
        80% to Judge M. Casey Rodgers
        20% to Senior Judge Roger Vinson

    Miscellaneous cases shall be assigned on a random basis:
        100% to Judge M. Casey Rodgers

**TALLAHASSEE DIVISION**

    Criminal cases shall be assigned on a random basis:
        65% to Judge Robert L. Hinkle
        35% to Judge Mark E. Walker

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases shall be assigned on a random basis:
- 30% to Judge Robert L. Hinkle
- 30% to Judge Mark E. Walker
- 40% to Senior Judge William Stafford

All other civil cases shall be assigned on a random basis:
- 60% to Judge Robert L. Hinkle
- 30% to Judge Mark E. Walker
- 10% to Senior Judge William Stafford

Miscellaneous cases shall be assigned on a random basis:
- 100% to Judge Robert L. Hinkle

### CASE REASSIGNMENT

The following cases currently assigned to Judge Richard Smoak shall be reassigned in the following manner.

All pending cases originally filed in the Gainesville Division shall be reassigned to Judge Mark E. Walker.

All pending cases originally filed in the Pensacola Division shall be randomly reassigned to a judge in the Pensacola Division.

All pending cases originally filed in the Tallahassee and Panama City Divisions shall be reassigned:
- Odd numbered cases to Judge Mark E. Walker
- Even numbered cases to Judge Robert L. Hinkle

Upon the reopening of any case assigned to a judge no longer receiving cases, the Clerk shall reassign the case to a judge in the division where the case was originally filed.

**DONE AND ORDERED** this 29th day of May, 2015, at Pensacola, Florida.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**